# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN     **MH**
(INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR:     Jasmine Katrice Parks     SS#     xxx-xx-7328

    SS#

ADDRESS:     9832 Woodland Hills Dr., Cordova, TN  38018

PLAN PAYMENT:     Debtor to pay $ 465.00  Monthly

PAYROLL DEDUCTION:     OR ( X ) DIRECT PAY

    BECAUSE:     Military Annuity

    FIRST PAYMENT:

ADMINISTRATIVE:     Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE:     ( )Not included in Plan ( ) Included in Plan

| | | PAYMENT |
|---|---|---|
| CHILD SUPPORT: | Future Support through Plan to | |
| | Child Support Arrearage to | |
| PRIORITY CREDITORS: | Internal Revenue Service ($3,300.00) | $ 55.00 |

HOME MORTGAGE:     If no arrearage, ongoing payments are to be paid directly by the debtor(s).

ongoing payment begins

Approximate arrearage     Interest

ongoing payment begins

Approximate arrearage     Interest

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| Santander (2016 Hyundai Elantra) | $ 15,000.00 | 5.25% | $ 300.00 |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.** UNSECURED CREDITORS:  Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:                                         ;
TERMINATION:  Plan shall terminate upon payment of the above, approximately  **60**  months.